1
2
3
4
5

6                **IN THE UNITED STATES DISTRICT COURT**

7                    **FOR THE DISTRICT OF ARIZONA**

8

9  Robert Deresz, Sr.,                     **NO. CV-15-02029-PHX-JJT**

10                Plaintiff,
                                           **JUDGMENT IN A CIVIL CASE**
11  v.

12  United Insurance Company Incorporated,

13                Defendant.

14

15        **Decision by Court.**  This action came for consideration before the Court.  The

16  issues have been considered and a decision has been rendered.

17        IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed

18  November 16, 2017, judgment is entered in favor of defendant and against plaintiff.

19                                    Brian D. Karth
                                      District Court Executive/Clerk of Court
20

21  November 16, 2017

22                              By  s/ Sara L. Quinones
                                    Deputy Clerk

23
24
25
26
27
28